UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

---

DAVID FISCHER,

    Plaintiff,

v.

UNIVAR USA, INC.,

    Defendant.

CASE NO. 1:15-cv-00800-SJD

HON. SUSAN J. DLOTT

| | |
|---|---|
| Neal D. Jacobs (0073218)<br>Attorney for Plaintiff<br>8118 Corporate Way, Suite 110<br>Mason, Ohio  45040<br>(513) 229-0302<br>neal@masonlawyers.net | Terrence J. Miglio (0081578)<br>Varnum LLP<br>Attorneys for Defendant<br>160 W. Fort Street, Fifth Floor<br>Detroit, MI  48226<br>(313) 481-7300<br>tjmiglio@varnumlaw.com |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) and 83.4(a), Terrence J. Miglio, trial attorney for Univar USA, Inc. in the above-referenced action, hereby moves the Court to admit Lawrence J. Murphy *pro hac vice* to appear and participate as counsel or co-counsel in this case for Defendant Univar USA, Inc.

Movant represents that Lawrence J. Murphy is a member in good standing of the highest court of Michigan as attested by the accompanying certificate from that Michigan court. This Motion is accompanied by the required $200 fee.

Lawrence Murphy understands that, unless expressly excused, he must register for electronic filing with this Court promptly upon the granting of this Motion.

Lawrence Murphy's relevant identifying information is as follows:

Business telephone:  (616) 336-6814

Business fax:  (616) 336-7000

Business address:  Varnum LLP, Bridgewater Place, P.O. Box 352, Grand Rapids, MI 49501-0352

Business e-mail address:  ljmurphy@varnumlaw.com


Dated:  January 4, 2016

      */s/  Terrence J. Miglio*
Terrence J. Miglio
Varnum LLP
160 West Fort Street, Fifth Floor
Detroit, MI  48226
(313) 481-7300
tjmiglio@varnumlaw.com

Trial Attorney for Defendant Univar USA, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2016, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to counsel of record.


Dated:  January 4, 2016

By:   */s/  Terrence J. Miglio*
Terrence J. Miglio
Varnum LLP
160 West Fort Street, Fifth Floor
Detroit, MI  48226
(313) 481-7300
tjmiglio@varnumlaw.com

10058716